IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTINA LYNN KECK,

Defendant.                                              No. 11-30007-DRH

FILED UNDER SEAL

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion to continue trial (Doc. 25) filed under seal by defendant. Specifically, defendant asks that her trial currently set for June 13, 2011, be continued. Defense counsel reiterates that this defendant has a mental health history which might impact the disposition in this matter. Specifically, defense counsel seeks medical records and therapist's notes validating anecdotal evidence of mental health issues. It is suggested that this is necessary for the forensic psychologist to complete his evaluations. Defense counsel states that this process cannot be completed by June 13, 2011, and further that the government has no objections to the motion to continue. Based on the reasons in the motion, the Court finds that additional time is needed so that defendant may further prepare for trial. Further, the Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of

justice served by the granting of such a continuance outweigh the best interests of the public and defendant in a speedy trial. To force a defendant to trial on a case before having an adequate time to prepare would constitute a miscarriage of justice.

Accordingly, the Court GRANTS defendant's motion for continuance (Doc. 25). The Court CONTINUES the trial currently set for June 13, 2011, until July 25, 2011, at 9:00 a.m. The time from the date the motion was filed, May, 27 2011, until the time on which the trial is rescheduled, July 25, 2011, is excludable for purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 31st day of May, 2011.

Digitally signed by
David R. Herndon
Date: 2011.05.31
11:47:27 -05'00'

**Chief Judge**
**United States District Court**